IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CR-105-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MATTHEW HILTON, | ) | |
| | ) | |
| Defendant. | ) | |

The court will hold a hearing on defendant's pending motion to suppress [D.E. 64] on January 28, 2026, at 2:00 p.m. in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This 19 day of December, 2025.

JAMES C. DEVER III
United States District Judge