IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-CR-00105-D-BM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| MATTHEW HILTON | ) | |

## ORDER TO SEAL

Upon motion of the United States it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the above-captioned matter be sealed until such time as requested to be unsealed by the United States Attorney or another person and the Court orders it unsealed.

It is FURTHER ORDERED that the Clerk be directed to provide the United States Attorney's Office for the Eastern District of North Carolina, with filed copies of the motion, as well as filed copies of the Motion and Order to Seal the above-captioned matter.

This the **26** day of May, 2026.

4 — Dever
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE